PITT HOARD, Respondent, v. THEODORE A. PEEK, Appellant.

(Argued January 18, 1873; decided March term, 1873.)

A. B. Moore for the appellant.

B. Winslow for the respondent.

CAUSE having been settled, appeal dismissed without costs to either party.

---

IMOGENE A. BROWN, Respondent, v. JOHN C. CLIFFORD, Appellant.

L. L. Lewis for the appellant.

George W. Miller for the respondent.

All concur for dismissal.
Appeal dismissed.